# Order

Michigan Supreme Court
Lansing, Michigan

February 8, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135677

In re THOMAS JAMES KLANK,
KYLEIGH CHRISTINE KLANK, and
ALYSSA MACKENZIE KLANK, Minors.
_____/

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

BAMBI NICOLE KUTTKUHN,
      Respondent,

and

DANIEL JAMES KLANK,
      Respondent-Appellant.
_____/

SC: 135677
COA: 277826
Oakland CC Family
Division: 04-689348-NA

On order of the Court, the application for leave to appeal the December 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2008

*Corbin R. Davis*
Clerk

d0205